UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 2 5 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| Audrey Obama-Carter, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | **11 0783** |
| United States, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of the plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

The plaintiff sues a host of political figures and celebrities. *See* Complaint ("Compl.") Caption. Her accusations of rape, blackmail and extortion allegedly after she married President Barack Obama, *see* Compl. at 1, and allegations that, *inter alia*, Oprah Winfrey willed her "3/4 of her estate but commited [sic] crimes on me and the State of New Jersey . . . made her give me her entire estate . . . ., *id.* at 2, and Donald Trump "did not allow [her], Audrey Carter and President Obama to live together . . . .," *id.*, are the type of fantastic or delusional scenarios warranting dismissal under § 1915(e)(2) as frivolous. *Neitzke v. Williams*, 490 U.S. 319, 325 (1989); accord *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994).[1]

United States District Judge

Date: April ___, 2011

---

[1] A separate Order of dismissal accompanies this Memorandum Opinion.